152 A.3d 761

**MOORE, Jeffrey J.**

v.

**STATE of Maryland**

**Pet. Docket No. 361, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2262, Sept. Term, 2015)

Petition for writ of certiorari denied

■

152 A.3d 761

**OAKLEY, Abudallah Hannibal**

v.

**STATE of Maryland**

**Pet. Docket No. 493, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2770, Sept. Term, 2014)

Petition for writ of certiorari denied